UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASON MACDONALD,

               Plaintiff,

-against-

SECRETARY DEPARTMENT OF CORRECTIONS; ATTORNY GENERAL, STATE OF FLORIDA,

               Defendants.

24-CV-9100 (LTS)

ORDER

---

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated December 18, 2024, the Court transferred this action to the United States District Court for the Northern District of Florida, and on January 2, 2025, the Clerk's Office transferred the action electronically to that court. On the same day, Plaintiff filed a motion to compel discovery and a motion to file an amended complaint. On January 6, 2025, the Court received notification from the Northern District of Florida that it had received this action and assigned it docket number 25-CV-0004. On January 9, 2025, the Northern District of Florida denied Plaintiff's *in forma pauperis* ("IFP") application without prejudice, directed Plaintiff to file an amended complaint, and ordered him to pay the fees to initiate a new civil action or complete that court's IFP application. *See MacDonald v. Sec'y Dep't of Corr.*, No. 25-CV-0004 (MCR) (ZCB).

## CONCLUSION

Because this action is closed in this court, and no action will be taken on the motion to compel discovery and the motion to file an amended complaint, the Court directs the Clerk of Court to terminate these motions, docketed at ECF 7 and ECF 8. Any relief Plaintiff seeks may be addressed in submissions filed in the action pending in the Northern District of Florida.

The Court certifies, pursuant to 28 U.S.C § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   February 3, 2025
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge