UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASON MACDONALD,

                    Plaintiff,

          -against-

SECRETARY DEPARTMENT OF
CORRECTIONS; ATTORNY GENERAL,
STATE OF FLORIDA,

                    Defendants.

24-CV-9100 (LTS)

ORDER

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated December 18, 2024, the Court transferred this action to the United States District Court for the Northern District of Florida, and on January 2, 2025, the Clerk's Office transferred the action electronically to that court. On February 3, 2025, and February 18, 2025, Plaintiff filed two motions in this court, a motion for "All U.S. District Court addresses" and a motion for leave to file an amended complaint.

Because this action is closed in this court, the Court directs the Clerk of Court to terminate these motions, docketed at ECF 9 and ECF 11. Any relief Plaintiff seeks may be addressed in submissions filed in the action pending in the Northern District of Florida.

The Court certifies, pursuant to 28 U.S.C § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose

of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    May 30, 2025
          New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge
